IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JONATHAN NIEBERDING and FREDERICK ALOYSIUS NIEBERDING,<br><br>**Plaintiffs,**<br><br>v.<br><br>BARRETTE OUTDOOR LIVING, INC., and HOME DEPOT USA, INC.,<br><br>**Defendants.** | Case No. 2:12-cv-02353-DDC |

## REPRESENTATIVE PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, AND APPROVAL OF FORM AND MANNER OF NOTICE

Representative Plaintiff Frederick Aloysius Nieberding (hereinafter "Representative Plaintiff") respectfully moves the Court, under Federal Rules of Civil Procedure 23(e) to: (1) certify the settlement class, (2) preliminarily approve the class action settlement agreement, and (3) approve the form and manner of notice to the class. The grounds for the motion are set forth in the accompanying Representative Plaintiff's memorandum of law in support.

Dated this 25th day of March, 2015.

Respectfully Submitted,

THE KLAMANN LAW FIRM

 /s/ Andrew Schermerhorn
Andrew Schermerhorn KS Bar #24416
John Klamann
4435 Main Street, Suite 150
Kansas City, MO 64111
Telephone: (816) 421-2626
Fax: (816) 421-8686
aschermerhorn@klamannlaw.com

Ronald P. Pope
RALSTON POPE & DIEHL
2913 SW Maupin Lane

Topeka, KS 66614
Telephone: (785) 273-8002
Facsimile: (785) 273-0744

Wm. Dirk Vandever
Mark Schloegel
THE POPHAM LAW FIRM
712 Broadway, Suite 100
Kansas City, Missouri
Telephone: (816) 221-2288
Facsimile: (816) 221-3999
**ATTORNEYS FOR PLAINTIFFS**